UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CV-289 (PAM/JGL)

H ENTERPRISES INTERNATIONAL, INC., formerly known as Trident Enterprises International )
v. )
JELLYCAT TOY COMPANY; and Thomas Gatacre )

ORDER

This matter is before the Court on plaintiff's motion for a temporary restraining order. The Court heard oral arguments on February 7, 2002. Based on the files, records, and proceedings herein, and for the reasons set forth at the hearing, IT IS ORDERED THAT:

Plaintiff's motion for a temporary restraining order is denied.

Dated: February 11, 2002

JAMES M. ROSENBAUM
United States Chief District Judge

FILED
RICHARD D. SLETTEN, CLERK
FEB 12 2002
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS