UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-289 (PAM/JGL)

H ENTERPRISES INTERNATIONAL, INC., et al.

Plaintiffs,

v.

**PRETRIAL ORDER**

JELLYCAT TOY COMPANY LTD, et al.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is three days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to August 1, 2002;

3. Parties with the burden of proof shall disclose all expert witnesses, including reports, by December 1, 2002; All rebuttal expert witnesses, including reports, by shall be disclosed by January 15, 2003;

4. The period during which the parties may seek discovery shall be completed by March 1, 2003;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to April 1, 2003;

6. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to May 1, 2003; and

7. This case will be considered "ready for trial" as of June 1, 2003.

DATED: April 19, 2002

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK