UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

H ENTERPRISES INTERNATIONAL, INC., formerly known as Trident Enterprises International; and MANHATTAN GROUP, LLC, d/b/a Manhattan Toy,

Plaintiffs,

v.

JELLYCAT TOY COMPANY LTD., formerly known as Manhattan Toy Company, Ltd.; JELLYCAT, LTD., and THOMAS GATACRE,

Defendants.

Civil File No. 02-CV-289 PAM/JGL

**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(2), the parties hereby stipulate that this action may be and hereby is dismissed without prejudice, with each side to bear its own fees, costs, and expenses.

Dated: 7-2-02

DORSEY & WHITNEY LLP

By J. Thomas Vitt
J. Thomas Vitt #183817
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Plaintiffs

FILED 7-9-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated: 6/26/02

MERCHANT & GOULD

By ______________________
David K. Tellekson
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300

Attorneys for Defendants

**ORDER**

Pursuant to the stipulation of the parties, this action is hereby dismissed without prejudice.

Dated: July 9, 2002

______________________
Paul A. Magnuson
District Court Judge